**FILED**

FEB 27 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12CR4606-GT |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| JOSE MANUEL ACOSTA-TAPIA, ) | |
| Defendant. ) | |

For good cause shown and upon joint motion of the parties, **IT IS HEREBY ORDERED** that the Sentencing Hearing currently set for February 27, 2013 at 9:30 a.m., be rescheduled to March 28, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 2-27-13

HONORABLE GORDON THOMPSON, JR.
United States District Judge